In re PARNELL COLVIN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

Case No. 13-33280

NOTICE OF DEBTOR'S
AMENDMENT OF MAILING LIST
OR SCHEDULES D, E, F, G AND/OR H

Debtor(s)

US BANKRUPTCY COURT
DISTRICT OF OREGON

2013 JUN -6 PM 12: 17

LODGED___ REC'D___
PAID $30 DOCKETED___

## I. FILING INSTRUCTIONS FOR DEBTOR(S):
A. File this form to add or delete creditors from the mailing list and/or Schedules D, E, F, G or H, or change the amount or classification of a debt listed on schedules D, E, or F. An amendment filing fee is required.
B. If filing in paper, you must also include a creditor mailing list with ONLY the NEW or DELETED creditors listed in the format set forth on LBF #104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).
C. If amending Schedules D, E, F, G or H, label them as "Supplemental" and include ONLY the NEW information, and file them with this notice.
D. If amending Schedules D, E, or F, you must also file an updated Summary of Schedules (Official Form #B6), including page 2 if an individual.
E. If the case is closed, you must also file a separate Motion to Reopen with the applicable filing fee.
F. To file an address change for a previously listed creditor, use LBF #101C instead of this form.

## II. SERVICE INSTRUCTIONS FOR DEBTOR(S):
A. **When adding creditors:** Serve each new creditor with a copy of this notice, and a copy of any of the following documents that have already been filed in this case:
   1. **(All chapters)** The Notice of the Meeting of Creditors that includes **all 9 digits** of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).
   2. **(All chapters)** Each applicable amended schedule.
   3. **(All chapters)** When the time for filing a timely proof of claim or complaint under 11 USC §523(c) or §727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. [Note: You must create this notification.]
   4. **(Chapter 7 or 11)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
   5. **(Chapter 9, 11, 12, or 13)** (a) The notice of any pending confirmation hearing, all related documents required to be sent with that notice and, in a Chapter 13 case, the most recent proposed plan; or (b) the most recent confirmation order, the most recent confirmed plan, and, if a confirmed Chapter 11 plan, the approved disclosure statement related to the confirmed plan.
   6. **(Chapter 11, 12 or 13)** Any notice of modification of plan, including attachments, if time for objection has not expired.
   7. **(Chapter 9 or 11 only)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
   8. **(Chapter 9 or 11)** The notice of any pending hearing on a proposed disclosure statement, with attachments.
B. **When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim:** Serve each affected creditor with a copy of this notice, the applicable amended schedule(s), and the following:
   1. **(All chapters)** A notice to each deleted creditor that: (a) the creditor is being deleted and will not receive further notices unless the creditor files a written request with the court that includes the debtor's name, full case number, and the creditor's name and mailing address; and (b) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
   2. **(Chapter 9 or 11)** A notice to each affected creditor that a proof of claim must be filed by the later of either (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

## III. CERTIFICATE OF COMPLIANCE:
The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)].

Dated: 6/6/13

Signature

Type or Print Signer's Name **AND** Phone No. PARNELL COLVIN  503 490-6564

Debtor's Address & Taxpayer ID#(s) (last 4 digits)  0590

20325 SW APPY CT
Beaverton, OR 97007

728 (5/1/13)

Case 13-33280-tmb7    Doc 10    Filed 06/06/13

I am amending the mailing list only.
PARNELL COLVIN  Parn/Col: 6/6/2013

matrix.txt

regence
201 high st s.e.
po box 12625
salem, OR 97309-0625


waste managent
po box 541008
los angeles, CA 90054-1008


bonneville billing
1186 e 4600 s,suite 100
ogden, UT 84403-4896


multnomah county recorder office
501 se hawthorne blvd# 175
portland, OR 97214


clackamas county court
807 main st
oregon city, OR 97045


alliance
304 main ave south #202
renton, WA 98055


justice court
3700 sw murry blvd
beaverton, OR 97005


department of the treasury
internal revenue service center
fresno, CA 93888-0099


aaron rents
1015 cobb place blvd
kenneshaw, GA 30144


transworld systems inc
507 prudential rd
horsham, PA 19044


rac acceptance
5501 headquarters dr
plano, TX 75024


capital credit coll
10200 sw eastridge st
portland, OR 97225


united finance company

```
18431 se mcloughlin blvd
gladstone, OR 97027


cmre financial service
3075 e. imperial hwy st
brea, CA 92821


columbia collection
6915 se lake rd #200
milwaukie, OR 97267


portland water bureau
1120 sw 5th ave
portland, OR 97204


medicredit corporation
1801 california ave
corona, CA 92881


oregon department of revenue
955 center st ne
salem, OR 97301-2555


atlas financial service
po box 1180
vancouver, WA 98666


terry r. hansen
901 bructscher st
newberg, OR 97132


alliance one
6565 kimball dr
gig harbor, WA 98335


county of san bernardino
15400 civic drive
victorville, CA 92392-2359


afni inc
404 brock dr
po box 3097
bloomington, IL 61701


asi systems
po box 14550
portland, OR 97293


broadway medical clinic
4212 ne broadway st
portland, OR 97213
```