Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 13-33280-tmb13 |
| PARNELL COLVIN, | ) ORDER GRANTING MOTION TO EXTEND |
| | ) TIME TO FILE MISSING DOCUMENTS |
| Debtor. | ) |

This matter came before the court on the debtor's motion filed June 6, 2013, to extend the time within which to file the documents identified in the court's order entered on May 23, 2013. The court having reviewed the records and files herein and being fully advised in the matter;

**IT IS HEREBY ORDERED** that debtor is granted an extension of time until June 21, 2013, to file the documents identified in the court's order dated May 23, 2013.

###

cc: Parnell Colvin
Rodolfo A. Camacho
U. S. Trustee

Page 1 - ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISSING DOCUMENTS