UNITED STATES BANKRUPTCY COURT
District of Oregon

In re ) 
  **Parnell Colvin** ) 
) Case No. **13-33280-tmb7**
        Debtor(s) ) 
) RECORD OF PROCEEDING
**Peter Hoffman** ) 
Moving Party ) Judge: **Trish M Brown**
) 
**Parnell Colvin** ) 
) 
Responding Party ) DATE OF HEARING: **06/18/2013**

Karen Hahs
**MARK J McGRANAGHAN** \_\_\_\_no appearance   **IN PRO PER** \_\_\_\_no appearance
Attorney for Moving Party                                 Attorney for Responding Party

\_\_\_\_ Attorney represents agreement by opposing attorney.
\_\_\_\_ Oral stipulation approved.    \_\_\_\_ Written stipulation (to be) filed.
\_\_\_\_ Order based on oral stipulation to be lodged.

\_\_\_\_ Hearing is continued to _____ at _____ for:

    \_\_\_\_ Continued preliminary hearing \_\_\_\_ final hearing \_\_\_\_ stay remains in effect.
    \_\_\_\_ Date and time set, or to be set, for hearing on confirmation of Chapter 13 plan.
    \_\_\_\_ The Court finds that delay of over 30 days is necessary to accommodate current schedule.
    \_\_\_\_ Movant waives 30 day rule.
    \_\_\_\_ Noticed in Court. \_\_\_\_ Send notice

\_\_\_\_ Off calendar; may be reset at request of either party/Movant only(30 day rule waived).

\_\_\_\_ The Motion is denied.
\_\_\_\_ The Motion is granted, and \_\_\_\_ Stay terminates forthwith/on _____.

    \_\_\_\_ No foreclosure sale before _____.

\_\_\_\_ Movant may submit an order regarding termination of stay/on _____ days written notice of default to debtor and debtor's counsel in the event that:

    \_\_\_\_ All (post-petition) arrears in payments due to the Movant/Trustee/both are not brought current within _____ days of the date of this hearing.
    \_\_\_\_ Debtor fails to pay, when due, payments to the Movant/Trustee/either.
    \_\_\_\_ Debtor fails to maintain insurance on the collateral as required by the security agreement.
    \_\_\_\_ Debtor fails to file modified plan of reorganization within _____ days of the date of this hearing.
    \_\_\_\_ Debtor's Plan/modified plan of reorganization is denied confirmation.
    \_\_\_\_ OTHER: _____

\_\_\_\_ Parties agree to extend 60 day time period of 11 U.S.C. §362(e)(2)(B) \_\_\_\_ Yes \_\_\_\_ No.
    If NO, findings: *Lift stay granted effective 8/9/13 if June or July rent is not paid, an affidavit can be filed to lift stay earlier*

ISSUES TO BE TRIED

\_\_\_\_ Amount of arrears    \_\_\_\_ Valuation    \_\_\_\_ Adequate Protection
\_\_\_\_ Is Cure Proposal Realistic? \_\_\_\_ Other(specify) _____