

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re PARNELL COLVIN

DEBTOR(S)

CASE NO. 13-33280
Response to amended motion
by PETER HOFFMAN

MR. COLVIN, dose not agree to a move out date set forward in MR. Peter Hoffman, amended motion dated on 7/5/13. MR. COLVIN, position is the automatic stay should stay in full until his case is discharged. THE move out date of 8/9/13 is PETER HOFFMAN date not MR. COLVIN and MR. COLVIN, believes there is know move out date until his case is discharged, MR. COLVIN, has made all rent payments to this date so the stay should remain in place

I state that i mailed a copy of my motion to PETER HOFFMAN, attorney by first class mail.

DATED 7/18/13

*[signature]*