UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON



IN re PARNELL COLVIN

CASE NO. 13-33280

DEBTORS

MOTION to reschedule 341 meeting

MR. COLVIN, is requesting that the court will not dismiss his case and reschedule 341 meeting. MR. COLVIN, attended his first 341 meeting, but did not have all the paperwork so, it was rescheduled for July 23, 2013 MR. COLVIN, believe the meeting was on July 24, 2013.
MR. COLVIN, had contacted the trustee office to confirm the date and that is when MR. COLVIN, learned that the meeting was at 8:30 AM on July 23, 2013. MR. COLVIN, is requesting that the court don't dismiss his case and reschedule the 341 meeting.

DATed This date July, 26, 2013

PARNELL COLVIN