**Below is an order of the Court.**

*[signature]*
**U.S. Bankruptcy Judge**

OAM (4/30/08) pjk

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Parnell Colvin**
Debtor(s)

Case No. **13–33280–tmb7**

ORDER SETTING
ADJOURNED HEARING
DATE FOR §341(a)
MEETING OF CREDITORS

Based on a motion or clerical request for an adjourned §341(a) meeting and the Court finding good cause,

**IT IS ORDERED** that:

The **§341(a) MEETING** is adjourned to:

**DATE:** 8/30/13 **TIME:** 09:00 AM
**LOCATION:** US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205
**TRUSTEE:** Rodolfo A Camacho, POB 13897, Salem OR, 97309, (503) 244–4810

and the debtor(s) shall appear at that time and place for the purpose of being examined. Failure to appear may result in dismissal of this case or, if applicable, denial of a debtor(s)' discharge.

###