DTCND (2/25/10) sgs

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

August 30, 2013

Clerk, U.S. Bankruptcy Court

BY **sgs** DEPUTY

In re

**Parnell Colvin**

Debtor(s)

Case No. **13–33280–tmb7**

ORDER CLOSING CASE WITHOUT ENTRY OF A DISCHARGE

The court finding that the debtor(s) either: (a) failed to complete all Bankruptcy Code requirements for entry of a Discharge Order, or (b) is/are ineligible to be granted a discharge since the court sent debtor(s) a Notice of Intent to Not Grant the Debtor(s) a Discharge based on an appearance of ineligibility, and debtor(s) did not obtain an order to the contrary that declared debtor(s) eligible to be granted a discharge.

**IT IS ORDERED** that:

1. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required under Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

2. This case is closed without the entry of a debtor(s) Discharge Order; the case will be closed only for administrative purposes if this case was dismissed; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

Clerk, U.S. Bankruptcy Court

[**NOTE**: Unless ineligible to be granted a discharge, if the debtor(s) complete the remaining requirement(s) for entry of a Discharge Order, debtor(s) may move to reopen the case, pay all required fees and move for entry of such Order. Creditors will be notified if a Discharge Order is entered.]