October 15, 2013 

I am writing to find out what is the status of my case i would like to continue with the process and get my case resolved. Below is my new address again so please let me know the status of my case thank you.

PARNELL COLVIN
15216 SE GLADStone St
PORTLAND, OR 97236

CASE # 13-33280-Tmb7