ORD (12/1/11) pjk

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
F I L E D

October 17, 2013

Clerk, U.S. Bankruptcy Court
BY **pjk** DEPUTY

In re )
**Parnell Colvin** ) Case No. **13−33280−tmb7**
)
Debtor(s) ) ORDER RETURNING
) DOCUMENT(S)
)

**IT IS ORDERED** that:

1. The **Change of Address**, submitted to the court on **10/17/13** by **Parnell Colvin**, is being returned to the filer and not entered on the court's docket and will have no legal effect, for the reason(s) stated below:

   **One or more of the signatures is missing or signed in the wrong location. (Fed. Rules Bankr. Proc. 1008 and/or 9011)**

   **Documents submitted to the court must be signed. Your case is closed without entry of a discharge as you failed to timely file the Financial Management Course Completion Certificate with the court.**

   **If you wish to reopen the case to file the Certificate, you must file a Motion to Reopen, pay the $260 fee to do so at the time the Motion is filed, AND submit the Financial Management Course Completion Certificate at the same time.**

2. In order for the court to take any action and the listed document(s) to have legal effect, you must **both** (a) correct if necessary and refile the document(s) and (b) serve the refiled document(s) on those parties who were served with a copy of the original document(s). You must file a certificate showing service of the refiled document(s).

3. If the date of filing is critical, the court may consider treating the document(s) as filed on the date originally submitted to the court if you file with the court, within 7 days of the "Filed" date above, **all** of the following:

   (A) a written request that clearly sets forth all grounds for treating the document(s) as filed as of the original date of submission;

   (B) a copy of this order;

   (C) the refiled document(s); **and**

   (D) a certification that copies of the request were served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

   Clerk, U.S. Bankruptcy Court