In re:                                                        Case No. 13-33280-tmb
Parnell Colvin                                                Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3        User: pj              Page 1 of 1              Date Rcvd: Oct 17, 2013
                           Form ID: ORD           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2013.
db           #+Parnell Colvin,    20325 SW Appy Ct,    Beaverton, OR 97007-8822
             +Parnell Colvin,    15216 SE Gladstone St,    Portland, OR 97236-2482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2013                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2013 at the address(es) listed below:
NONE.                                                                            TOTAL: 0

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 17, 2013

Clerk, U.S. Bankruptcy Court

BY **pjk** DEPUTY

In re )
**Parnell Colvin** ) Case No. **13–33280–tmb7**
)
Debtor(s) ) ORDER RETURNING
) DOCUMENT(S)
)

**IT IS ORDERED** that:

1. The **Change of Address**, submitted to the court on **10/17/13** by **Parnell Colvin**, is being returned to the filer and not entered on the court's docket and will have no legal effect, for the reason(s) stated below:

   **One or more of the signatures is missing or signed in the wrong location. (Fed. Rules Bankr. Proc. 1008 and/or 9011)**

   **Documents submitted to the court must be signed. Your case is closed without entry of a discharge as you failed to timely file the Financial Management Course Completion Certificate with the court.**

   **If you wish to reopen the case to file the Certificate, you must file a Motion to Reopen, pay the $260 fee to do so at the time the Motion is filed, AND submit the Financial Management Course Completion Certificate at the same time.**

2. In order for the court to take any action and the listed document(s) to have legal effect, you must **both** (a) correct if necessary and refile the document(s) and (b) serve the refiled document(s) on those parties who were served with a copy of the original document(s). You must file a certificate showing service of the refiled document(s).

3. If the date of filing is critical, the court may consider treating the document(s) as filed on the date originally submitted to the court if you file with the court, within 7 days of the "Filed" date above, **all** of the following:

   (A) a written request that clearly sets forth all grounds for treating the document(s) as filed as of the original date of submission;

   (B) a copy of this order;

   (C) the refiled document(s); **and**

   (D) a certification that copies of the request were served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

Clerk, U.S. Bankruptcy Court